UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

| | |
|---|---|
| In re | CASE NO. 08-11165-BKC-RAM |
| JET NETWORK, LLC, | CHAPTER 7 |
| Debtor. _____/ | |
| ALAN GOLDBERG, Chapter 7 Trustee for the estate of Jet Network, LLC, | ADV. NO. 09-1108-BKC-RAM-A |
| Trustee, vs. | |
| PARMJIT SING PARMAR a/k/a PAUL PARMAR, an individual, | |
| Defendant. _____/ | |

### PLAINTIFF'S VERIFIED MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT PARMJIT SING PARMAR a/k/a PAUL PARMAR

Plaintiff, Alan Goldberg, the Chapter 7 Trustee for the estate of Jet Network, LLC, (the "Plaintiff" or "Trustee"), by and though undersigned counsel, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1, hereby files this Verified Motion for Clerk's Entry of a Default against Defendant Parmjit Sing Parmar a/k/a Paul Parmar (the "Defendant"), and in support thereof states:

1. By this Motion, the Trustee seeks the entry of a default against Defendant for failing to file a response or answer to the Trustee's Adversary Complaint as required by law.

2.      On January 31, 2008 (the "Petition Date"), Whitney George, William Angrick, Charles Biederman, Donald Green, PJK Consulting, Inc., and Charles L. Davidson filed an involuntary petition against Jet Network, LLC (the "Debtor") for relief under Chapter 7 of the Bankruptcy Code in the Miami Division of United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court").

3.      On February 27, 2008, the Bankruptcy Court entered an Order for Relief against the Debtor. Shortly thereafter, Plaintiff Alan L. Goldberg was appointed as the duly acting Chapter 7 Trustee for the Debtor's bankruptcy estate.

4.      On January 28, 2009, Plaintiff commenced this adversary proceeding against the Defendant, seeking to avoid and recover certain pre-petition transfers as fraudulent pursuant to Sections 544, 548 and 550(a) of the Bankruptcy Code, among other relief, and Chapter 726 of the Florida Statutes ("Complaint"). [C.P. 1].

5.      On February 2, 2009, in accordance to Federal Rule of Bankruptcy Procedure 7004, Plaintiff served the Summons and Complaint onto the Defendant to the address indicated in the certificate of service. [C.P. 5]. Pursuant to Fed. R. Bankr. P. 7012 and Local Rule 7012-1, the Defendant's response or answer to the Trustee's Adversary Complaint was due on February 24, 2009.

6.      As of the date of this Motion, the Defendant failed to serve or file a response or answer to Plaintiff's Complaint as required by law and this Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial. [C.P. 3].

7.      Further, Parmar is not a member of the armed forces as evidenced by the Affidavit of Non-Military Status attached hereto as Exhibit A.

8. Based upon the foregoing, Plaintiff respectfully requests that the Clerk enter a default against the Defendant for failing to file an answer or response to Plaintiff's Complaint.

WHEREFORE, Plaintiff respectfully requests the Court grant the relief requested herein, and for such other and further relief as the Court deems just and proper.

## VERIFICATION

After being duly sworn, I hereby verify under penalty of perjury that I have read the foregoing document and that based on my personal knowledge the factual allegations contained therein are true, accurate, and correct.

_____
Carlos E. Sardi

STATE OF FLORIDA  )
                  )
MIAMI-DADE COUNTY )

Sworn to and subscribed before me this 11th day of March, 2009, by Carlos E. Sardi, Esq., who ✓ is personally known to me, or ___ produce identification (type of identification produced_____).

_____
Signature of Notary Public

(SEAL)

_____
Printed Name of Notary Public
Commission No.
Commission Expires

CAROL GRECO
MY COMMISSION # DD 460266
EXPIRES: September 9, 2009
Bonded Thru Notary Public Underwriters

Dated this 11th day of March, 2009.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for Plaintiff*
Bank of America Tower
100 SE Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310


By: ___/s/ Carlos E. Sardi___
  Greg M. Garno, Esq.
  Florida Bar No. 087505
  Email: ggarno@gjb-law.com
  Carlos E. Sardi, Esq.
  Florida Bar No. 781401
  Email: csardi@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties on the attached service list as indicated on this 11th day of March, 2009.


  ___/s/ Carlos E. Sardi___
  Carlos E. Sardi

8809-001/349

4

## SERVICE LIST

Parmjit Sing Parmar A/K/A Paul Parmar
100 Matawan Road, Suite 410
Matawan, NJ  07747-3916

Parmjit Sing Parmar A/K/A Paul Parmar
19 Colts Gait Lane
Colts Neck, NJ  07722

Parmjit Sing Parmar A/K/A Paul Parmar
2308 Bay Drive
Pompano Beach, FL  33062-2915

Parmjit Sing Parmar A/K/A Paul Parmar
90 Woodridge Center Drive, Attention David Stein, Esq.
Woodridge, NJ  07095



# Military Search ℠

## JUDGMENT DAY INFORMATION SERVICES, INC.
PHONE: (888) 524-7982    FAX (866) 847-2757
52 YONKERS TERRACE - SUITE 3E- YONKERS – NY 10704

## AFFIDAVIT IN SUPPORT OF SEARCH

1. I Melissa B. Forschner of Judgment Day Information Services, Inc. with offices located at 52 Yonkers Terrace, Yonkers, NY 10704, am over the age of 18 and do hereby attest that Judgment Day Information Services, Inc., conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against PAUL PARMAR A/K/A PARMJIT SING PARMAR.

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant such as the defendants name PAUL PARMAR A/K/A PARMJIT SING PARMAR and Social Security Number, which I know because it was located through a diligent search of the individuals' name, street address and state of Residence, which was provided to me by the plaintiff's attorney GENOVESE JOBLOVE & BATTISTA, P.A., and yielded a positive identity match. I then conducted a diligent search of the DMDC Manpower Database at the request of GENOVESE JOBLOVE & BATTISTA, P.A.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 3/6/2009 a copy of which is attached hereto and made a part hereof, I am convinced that the defendant is not in any branch of the United States military.

DATED: 3/6/2009

_____
Signature

_____
Printed Name

Sworn to before me this _____ day
of _____, 2009.

_____
Notary Public

RANDY S. FORSCHNER
Notary Public, State of New York
No. 01FO6035033
Qualified in Westchester County
Commission Expires 01-10-2010

Department of Defense Manpower Data Center                MAR-06-2009 08:46:39



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◀ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| PARMAR | PAUL | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BPXOWDZZIYA*                SEARCH CRITERIA:

**★ Military Search**            SSN: Social Security Number "153-XX-XXXX" is a Valid SSN
                                 DOB: 12/19/1969

3/6/2009

Department of Defense Manpower Data Center                                              MAR-06-2009 08:50:57



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| PARMAR | PARMJIT SING | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BNRHDYCBORL*

**Military Search**

SEARCH CRITERIA:
SSN: Social Security Number "153-XX-XXXX" is a Valid SSN
DOB: 12/19/1969

3/6/2009