UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                            Case No.: 08-11165-RAM

JET NETWORK, LLC                                  Chapter 7

    Debtor.
_____/

ALAN GOLDBERG, Chapter 7 Trustee                  Adv. No.  08-01739-RAM
for the Estate of Jet Network, LLC,

    Plaintiff,

vs.

LEE P. MARKS, P.A., a Florida Professional
Association, and LEE P. MARKS, an Individual,

    Defendants.
_____/

ALAN GOLDBERG, Chapter 7 Trustee                  Adv. No. 09-1108-RAM
for the Estate of Jet Network, LLC,

    Plaintiff,

vs.

PARMJIT SIN PARMAR a/k/a PAUL PARMAR,
an Individual,

    Defendant.
_____/

ALAN GOLDBERG, Chapter 7 Trustee                  Adv. No. 09-01109-RAM
for the Estate of Jet Network, LLC,

    Plaintiff,

vs.

YWB, LLC,

    Defendant.
_____/

ALAN GOLDBERG, Chapter 7 Trustee  
for the Estate of Jet Network, LLC,

Adv. No. 09-1212-RAM

     Plaintiff,

vs.

STUART L. CAUFF, an individual, MICHAEL A. KEISTER, an individual, SUSAN M. LEWIS, an individual, CHRISTOPHER DOSCHER, an individual, SOTIROS ZAHARIS a/k/a SAM SAHARIS, an individual, BRANDON D.CAUFF, an individual, and ABBY CAUFF, an individual,

     Defendants.
_____/

## PARMAR'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS BY PLAINTIFF, ALAN GOLDBERG, TRUSTEE

Defendant, PAUL PARMAR, by and through his undersigned counsel, pursuant to F.R.B.P. 7034 and 9014, hereby responds to the requests by Plaintiff, Alan Goldberg, for production of documents in this matter as follows:

1. Produced herewith. See Exhibits A and B hereto, consisting of the Affidavits of Paul Svensen, Jr. and Christopher Doscher, as produced to counsel for Plaintiff on December 15, 2009. Additionally thereto as Exhibits C through DD are such other documents as related to the loan in the custody and possession of the Defendant, provided; however, the Defendant's investigation and research into this request is ongoing and the Defendant reserves the right to supplement this response.

2. Produced herewith. See Response to Request #1, above, provided; however, the Defendant's investigation and research into this request is ongoing and the Defendant reserves the right to supplement this response.

3. Produced herewith as Exhibits EE-WW, however, the Defendant's investigation and research into this request is ongoing and the Defendant reserves the right to supplement this response.

4. Produced herewith as Exhibits EE-WW, however, the Defendant's investigation and research into this request is ongoing and the Defendant reserves the right to supplement this response.

5. None produced. Defendant does not believe that any such documents exist; however, Defendant's investigation and research into this request is ongoing and the Defendant reserves the right to supplement this response. Defendant is unaware of any parties other than Defendant and Debtor who may have custody of such documents should

   same exist.

6. None.

7. Produced.  See Exhibits "YY-ZZ" as previously provided to Plaintiff's counsel on December 15, 2009; however, the Defendant's investigation and research into this request is ongoing and the Defendant reserves the right to supplement this response. Such documents, to the extent they may exist, are believed to the be in the custody and control of Paul Svensen, Jr., who is believed to have copies of all electronic communications by and between the parties listed in Request #7.

8. Produced.  See Exhibits A-B and C-WW.

9. Produced.  See Exhibits A-D, S-FF, OO-RR and XX.  However, the Defendant's investigation and research into the request is ongoing and the Defendant reserves the right to supplement this response.

10. Produced.  See Exhibits A-D, S-FF, OO-RR and XX.  However, the Defendant's investigation and research into the request is ongoing and the Defendant reserves the right to supplement this response.

11. Produced.  See Exhibits "D, S, T, U, V, X, Y, Z, AA, CC, EE, FF, PP and RR. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

12. Produced.  See Exhibits A-D, P, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, JJ, OO, PP, QQ, RR, YY and ZZ. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

13. Produced. See Exhibits C, D, H, P, T, U, V, W, X, Z, DD, OO and VV. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

14. Produced.  See Exhibits S and FF.  Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

15. Produced.  See Exhibits S and FF.  Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

16. Produced.  See Exhibits A-D, P, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, JJ, OO, PP, QQ, RR, YY and ZZ. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

17. Produced.  See Exhibits A-D, P, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, JJ, OO, PP, QQ, RR, YY and ZZ. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

18. Produced.  See Exhibits A-D, P, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF,

    GG, JJ, OO, PP, QQ, RR, YY and ZZ. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

19. Produced. See Exhibits A-D, P, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, JJ, OO, PP, QQ, RR, YY and ZZ. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

20. Produced. See Exhibits A-D, P, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, JJ, OO, PP, QQ, RR, YY and ZZ. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

21. Produced. See Exhibits A-D, P, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, JJ, OO, PP, QQ, RR, YY and ZZ. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

22. Produced. See Exhibits A and B. Defendant reserves the right to supplement its response as to this request upon receipt of such documents.

23. Produced to Plaintiff as part of those documents produced to Plaintiff on December 15, 2009.

24. None.

25. Defendant is unsure as to which documents submitted in production will be introduced at the trial of this matter and therefore must list the entirety of those documents submitted as Exhibits A-ZZ. Defendant reserves the right to supplement this response.

26. Produced herewith. See Exhibits A-ZZ. Defendant reserves the right to supplement this response.

27. None.

28. None.

29. None.

30. Produced herewith, see Exhibits A and B.

31. Produced herewith. See Exhibits A-ZZ.

*I Hereby Certify* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in Compliance with the additional qualifications to practice set forth in Locale Rule 2090-1(A).

Dated this 27th day of January, 2010

Selz & Muvdi Selz, P.A.
*Counsel for Defendants Parmar & YWB*
500 University Blvd., Suite 110
Jupiter, Florida 33458
Telephone:    (561) 694-0260
Facsimile:    (561) 694-0230

By: _____
Steven M. Selz, Esq.
Florida Bar No.
Email: selzmuvdi@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail, via the Court's CM/ECF system on the 27th day of January, 2010 to all parties entitled to receive notices electronically and to all parties by U.S. Mail, First Class on the attached service list.

_____
Steven M. Selz

**SERVICE LIST**

**VIA U.S. MAIL**

Geoffrey S. Aaronson, Esq.
Geoffrey S. Aaronson, P.A.
Bank of America Tower
100 S.E. Second Street, 27th Floor
Miami, FL 33131
*Counsel for Lee P. Marks, P.A.*
 *and Lee P. Marks*

Carlos E. Sardi, Esq.
Genovese Joblove & Battista, P.A.
Bank of America Tower, 44th Floor
100 S.E. 2nd Street
Miami, FL 33131
*Counsel for Plaintiff*

Nicholas B. Bangos, Esq.
Nichoalas B. Bangos, P.A.
Bank of America Tower
100 S.E. Second Street, Suite 2600
Miami, FL 33131
*Counsel for Michael Keister*
 *and Susan M. Lewis*

Steve I Silverman, Esq.
Kluger, Kaplan, Silverman, et al.
201 S. Biscayne Blvd., 17th Floor
Miami, FL 33131
*Counsel for Stuart L Cauff,*
 *Brandon D. Cauff and Abby Cauff*

Christopher Doscher
15935 Hiller Street
Wellington, FL 33414
*Pro Se*

Sotirios Zaharis
100 Matawan Road, #410
Matawan, NJ 07747
*Pro Se*