ORDERED in the Southern District of Florida on Feb. 7, 2011



_____
Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  Chapter 7

JET NETWORK, LLC  Case No.: 08-11165-BKC-RAM

    Debtor.
_____/
ALAN GOLDBERG, Chapter 7 Trustee for
the Estate of Jet Network, LLC,

    Plaintiff,

v.  ADV. no. 09-01108-BKC-RAM-A

PARMJIT SING PARMAR a/k/a PAUL
PARMAR, an individual,

    Defendant.
_____/

### FINAL DEFAULT JUDGMENT AGAINST DEFENDANT
### PARMJIT SING PARMAR a/k/a PAUL PARMAR

In accordance with this Court's February 4, 2011 *Order Granting Plaintiff's Second Motion for Order to Show Cause as to Why Defendants Paul Parmar and YWB LLC Should Not*

*Be Held in Contempt For Violating This Court's Orders Compelling Mediation, For Sanctions and Other Relief*, it is:

ADJUGED AND ORDERED that

1. Judgment is entered in favor of Plaintiff, Alan Goldberg ("Plaintiff"), Chapter 7 Trustee for the estate of Jet Network, LLC (the "Debtor") and against the Defendant PARMJIT SING PARMAR, a/k/a PAUL PARMAR, on all claims brought against him in the Adversary Complaint.

2. The Defendant's secured claim (Claim No. 66) against the Debtor's bankruptcy estate is hereby stricken. Further, pursuant to 11 U.S.C. § 502(d), any other claims filed by the Defendant against the Debtors' bankruptcy estates shall be disallowed as provided by law.

3. The Court will enter a Supplemental Judgment awarding damages and other appropriate relief. In this regard, Plaintiff shall file a motion and affidavit to liquidate such damages.

4. The Court reserves jurisdiction to award Plaintiff its reasonable attorneys' fees and costs incurred in connection with bringing and prosecuting this action against Defendant. The Court further reserves jurisdiction over this cause and the parties hereto to award Plaintiff its reasonable attorneys' fees and costs incurred in enforcing this Final Default Judgment, to enter any other and further orders, including orders for post-judgment relief as may be appropriate.

### #

Submitted by:
Carlos E. Sardi, Esq.
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300

Copy to:
Carlos E. Sardi, Esq.
[Attorney Sardi is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt]