ORDERED in the Southern District of Florida on _Feb. 8, 2012_



Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                          CASE NO.: 08-11165-BKC-RAM

JET NETWORK, LLC                                Chapter 7

     Debtor.

_____/

ALAN GOLDBERG, Chapter 7 Trustee              Adv. Case No.: 09-01108-BKC-RAM
for the Estate of Jet Network, LLC

     Plaintiff,

v.

PARMJIT SING PARMAR a/k/a, PAUL
PARMAR, an individual,

     Defendant.

_____/

## SUPPLEMENTAL FINAL DEFAULT JUDGMENT AGAINST DEFENDANT
## PARMJIT SING PARMAT a/k/a PAUL PARMAR

Upon consideration of Motion to Liquidate Damages filed by Plaintiff, Alan L. Goldberg

("Plaintiff" or "Trustee"), the Chapter 7 Trustee for the bankruptcy estate of Jet Network, LLC

8809-036-0132

("Debtor"), and pursuant to the Final Default Judgment entered against Defendant Parmjit Sing Parmat a/k/a Paul Parmar ("Defendant"), Plaintiff is entitled to this Supplemental Final Default Judgment against Defendant as a matter of law on all counts in the Complaint, and it is:

ADJUGED AND ORDERED that

1.    A Supplemental Final Default Judgment be and is hereby entered against Defendant and in favor of Plaintiff in the sum of $10,047,537.08, together with prejudgment interest accruing at the rate of 4.00 percent per annum from the date Plaintiff commenced this action against Defendant to the date of the entry of this Supplemental Final Default Judgment, and post-judgment interest accruing at the current legal rate allowed by under 28 U.S.C. ' 1961 as of the date of this Supplemental Final Default Judgment, for which let execution issue forthwith.

2.    In accordance with Section 55.10(1) of the Florida Statutes, the address of the Plaintiff is:

> Alan L. Goldberg, Chapter 7 Trustee
> 111 SW 3rd Street, Suite 701
> Miami, FL 33130

3.    In accordance with Section 55.01(2) of the Florida Statutes, the address and social security number or tax identification number for the Defendant is:

> Parmjit Sing Parmar,
> 100 Matawan Road, No. 410
> Matawan, NY 07747

4.    Pursuant to Fed. R. Civ. P. 69(a) and Fla. R. Civ. P. 1.560(b), Defendant shall complete under oath Florida Rule of Civil Procedure Form 1.997 Fact Information Sheet (copy attached), including all required attachments, and serve it on Plaintiff's counsel, Carlos E. Sardi, Esq. of Genovese Joblove & Battista, P.A, Miami Tower, 100 S.E. Second Street, 44th Floor,

Miami, FL 33131, within 45 days from the date of this Final Default Judgment, unless this Final

Default Judgment is satisfied or post-judgment discovery stayed.

~~5.      The Court reserves jurisdiction to award Plaintiff reasonable attorneys' fees and costs incurred in connection with bringing and prosecuting of this action against Defendant.~~

~~6.      The Court further reserves jurisdiction over this cause and the parties hereto to award Plaintiff reasonable attorneys' fees and costs incurred in connection with enforcing this Supplemental Final Default Judgment, and to enter any other and further orders that are proper to compel Defendant to complete the Fact Information Sheet, as directed in Paragraph 4 above, and to enter any other and further orders for post-judgment relief as may be appropriate.~~

5.  This adversary shall be closed without prejudice to Plaintiff seeking to re-open to ~~can~~ obtain past judgment relief.

# # #

Submitted by:

Carlos E. Sardi, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300

Copy to:

Carlos E. Sardi, Esq.
[Attorney Sardi is hereby directed to
furnished a conformed copy hereof to all
parties in interest immediately upon receipt]

8809-036-0132                                          - 3 -

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

JET NETWORK, LLC

    Debtor.

_____/

ALAN GOLDBERG, Chapter 7 Trustee
for the Estate of Jet Network, LLC

    Plaintiff,

v.

PARMJIT SING PARMAR a/k/a, PAUL
PARMAR, an individual,

    Defendant.

_____/

## FACT INFORMATION SHEET FOR PARMJIT SING PARMAR a/k/a, PAUL PARMAR

Name of entity: _____

Name and title of person filling out this form: _____

Telephone number: _____

Place of business: _____

Mailing address (if different): _____

Gross/taxable income reported for federal income tax purposes last three years:

$_____ /$_____ $_____ /$_____ $_____ /$_____

Taxpayer identification number: _____

Is this entity an S corporation for federal income tax purposes? ____ Yes ____ No

Average number of employees per month _____

Name of each shareholder, member, or partner owning 5% or more of the entity's common stock, preferred stock, or other equity interest:

_____
_____

Names of officers, directors, members, or partners:_____
_____

Checking account at: _____ Account # _____
Savings account at: _____ Account # _____
Does the entity own any vehicles? _____ Yes _____ No
For each vehicle please state:
  Year/Make/Model: _____ Color: _____

Vehicle ID No: _____ Tag No: _____ Mileage: _____
Names on Title: _____ Present Value: $_____
Loan Owed to: _____
Balance on Loan: $_____
Monthly Payment: $_____
Does the entity own any real property? _____ Yes _____ No
If yes, please state the address(es): _____

Please check if the entity owns the following:
_____ Boat
_____ Camper
_____ Stocks/bonds
_____ Other real property
_____ Other personal property

Please attach copies of the following:

1.  Copies of state and federal income tax returns for the past 3 years.

2.  All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.

3.  All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

4.  All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.

5.  Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

6.  Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

7.  Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

8.  Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

9.  Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING
ANSWERS ARE TRUE AND COMPLETE.

> PARMJIT SING PARMAR a/k/a, PAUL
> PARMAR, an individual,
> Judgment Debtor

> By_____
> Name:_____
> Title:_____

STATE OF _____ )
                         ) ss.
COUNTY OF _____ )

The foregoing instrument was acknowledged before me this ____ day of _____, 20__, by
_____, the _____ of Parmjit Sing Parmar, who is personally known to
me or has produced _____ as identification and who ___ did/did not ___ take
an oath.

WITNESS my hand and official seal, this ____ day of _____, 20__.

NOTARY PUBLIC AT LARGE

_____                          (SEAL)
Signature of Notary Public

_____
Printed Name of Notary Public
Commission No. _____
Commission Expires _____

**THE JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A
NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET,
TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE
JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF
THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.**